

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2020

No. 04-20-00388-CV

Jason Matthew **SMITH** and Christa Eve Smith,
Appellants

v.

Dana G. **KIRK**, Trustee of Kirk Ranch Trusts,
Appellees

From the County Court at Law, Kerr County, Texas
Trial Court No. 18935C
Honorable Susan Harris, Judge Presiding

# O R D E R

Appellant's brief was originally due on September 30, 2020. After the due date, Appellant filed a motion for extension of time of forty-five days. *See* TEX. R. APP. P. 38.6(d).

Appellant's motion is GRANTED. The brief is due on November 16, 2020. *See id*.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2020.

MICHAEL A. CRUZ, Clerk of Court